IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BARBARA MARSHALL**                                                        **PLAINTIFF**

v.                        **CASE NO. 2:22-CV-00201 BSM**

**HELENA-WEST HELENA, CITY OF,** *et al.*                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of September 2024.

_____
UNITED STATES DISTRICT JUDGE